IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ORLANDO PEREZ MARTINEZ,

    Plaintiff,

v.                                                          4:18cv546–WS/MJF

SERGEANT K. LINTON, SERGEANT
R. SLAYTON, OFFICER RANDALL D.
BROWN, ADELINA BECERRA,
OFFICER C.M. COOPER, and
CLINTON BUCKLEY,

    Defendants.

_____

ORDER GRANTING DEFENDANTS'
MOTION FOR PARTIAL SUMMARY JUDGMENT

    Before the court is the magistrate judge's report and recommendation (ECF No. 73) docketed June 19, 2020. The magistrate judge recommends that Defendants' motion for partial summary judgment (ECF No. 68) be granted. Although he was granted a limited extension of time to file objections to the report and recommendation, Plaintiff has filed no such objections. His request for an additional extension of time was denied.

    Having considered the record, the court finds that Defendants' motion for

partial summary judgment is due to be granted. Like the magistrate judge, the undersigned finds that Defendants are entitled to judgment in their favor, as a matter of law, on Plaintiff's official-capacity damages claims.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 73) is ADOPTED and incorporated into this order.

2. Defendants' motion for partial summary judgment (ECF No. 68) is GRANTED.

3. Plaintiff's official-capacity claims against Defendants are DISMISSED WITH PREJUDICE.

4. The clerk shall return the case to the magistrate judge for further proceedings.

DONE AND ORDERED this __13th__ day of __October__, 2020.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE