UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ORLANDO PEREZ MARTINEZ,

    Plaintiff,

v.                                     Case No. 4:18-cv-546-WS-MJF

SERGEANT K. LINTON, et al.,

    Defendants.
_____/

## LIST OF WITNESSES

COMES NOW Orlando Perez Martinez, pro se, files the instant list of witnesses to be presented at trial in the above numbered case pursuant to this Court's October 14th, 2020 order.

1. Morgan Allen Armstrong DC#R09246 inmate's current facility is unknown.

                                                                   Respectfully submitted,

                                                                     _____
                                                                     Orlando Perez Martinez M67226
                                                                     Mayo Correctional Institution
                                                                     8784 US HWY 27 W
                                                                     Mayo, FL 32066

FILED USDC FLND TL
NOV 13 '20 PM 2:54

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY under the penalty of 28 U.S.C. §1746 that I have forward a copy of the list of witness to: Ashely Moody, Office of the Attorney General, The Capitol, PL-01, Tallahassee, FL 32399 on this 10th day of November, 2020.

*/s/ Orlando Perez Martinez*

Orlando Perez Martinez M67226
Mayo Correctional Institution
8784 US HWY 27 W
Mayo, FL 32066

# AFFIDAVIT

RE: Orlando Perez Martinez DC# M67226  G⬚-3-201 Confinement cell
accesive force complaint

Written by: Morgan Allen Armstrong DC# R09246
cell mate - confinement

I Morgan Allen Armstrong was housed in confinement with MR. MARTINEZ at Taylor Correctional Institution 8501 Hampton Springs Rd, Perry, FL 32348 in the months of September + October 2017.

During this time he was in confinement for Disiplinary reports but, the officers that took him to confinement beat him up, (punches + kicks), what I saw when he got into the cell with me was what looked like a broken rib on the right side of his body top rib, it was very visably bruised, swollen and I could feel the crack thru the skin as part of his rib was pressing against his torso like it was on the verge of splitting his skin open.

During the time he and I where in confinement together, he sent out several sick call forms to medical which it seemed never made it or where ignored, it wasn't untill a letter was written to Heather Robinson Operations manager of the Inspector Generals office (TALLAHASSEE) did medical take his complaint seriously.

p.1 of 2

The nurses gave him Ibuprophen and sent him back to the cell, how they didn't see what I saw or felt on his torso baffles me, as if they didn't want a medical record of his actual Injuries made, believed.

The afore mentioned is true based upon my Knowledge and belief, and as to belief I believe them to be true.

This Affidavit was executed on 10-19-17 and made in good faith.

Respectfully

Morgan Allen Armstrong
Morgan Allen Armstrong  DC# R09246

Orlando-Perez Martinez #M67246
Mayo Correctional Institution Annex
8784 U.S. HWY 27 W
Mayo, Fl 32066

MAILED FROM A
STATE CORRECTIONAL
INSTITUTION



CHECKED NOV 13 2020

United States District Court
North District of Florida
U.S. Courthouse
111 N. Adams Street
Tallahassee, FL 32301

LEGAL MAIL ONLY