# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

ORLANDO PEREZ-MARTINEZ
DOC# M67226,

    Plaintiff,

vs.                                               Case No. 4:18-CV-546-WS-MJF

K. LINTON, ET AL.,

    Defendants.
_____/

## DEFENDANTS' STATEMENT OF FACTS

The Defendants **Linton, Slayton, Brown, Becerra, Cooper, and Buckley** (collectively, the "Defendants"), by and through the undersigned counsel and pursuant to the Court's Order (ECF No. 83) files the Defendants' Statement of Facts:

On September 28, 2017, Defendant Brown was assigned as the morning food service officer at Taylor Correctional Institution. At approximately 3:15 AM, the Plaintiff was escorted to food service and began waiving his hands in the air and yelling in Spanish. The Plaintiff continued yelling in Spanish and waving his arms and walked to the front door. The Plaintiff's yelling and behavior caused a disruption of the normal operations of the morning food service, and Defendant Brown's shift supervisor was notified and authorized a disciplinary report be issued against the

1

Plaintiff for disorderly conduct.

Thereafter at approximately 3:39 AM, Defendants Linton and Slayton escorted the Plaintiff to medical for a pre-confinement medical examination. After exiting the medical building, the Plaintiff attempted to ram his left shoulder into the right side of Defendant Slayton which caused Linton to his custodial grasp. The Plaintiff was given several verbal orders to cease his actions to which he refused. Defendants Linton and Slayton then used physical force by grasping the Plaintiff's arms and upper torso area and placing him chest down in the grass in front of the medical building. The Plaintiff continued to be physically combative by kicking his feet towards Slayton and Linton and refusing all orders to cease. Linton administered an application of chemical agents striking the Plaintiff's upper torso area. The Plaintiff then ceased his actions, complied with orders given, and all force ceased. The Plaintiff was subsequently escorted to medical for another pre-confinement medical examination and placed into his cell without further incident.

The Defendants deny the Plaintiff's allegations of excessive or unnecessary use of force. All force used was the least possible to regain compliance with lawful commands and maintain order.

Respectfully submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**

/s/ Omar J. Famada_____
Omar J. Famada
Assistant Attorney General
Florida Bar No.:  94467
Office of the Attorney General
The Capitol, Suite PL-01
Tallahassee Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872
Omar.Famada@myfloridalegal.com

## **CERTIFICATE OF SERVICE**

On December 14, 2020, I certify that a true copy of the foregoing document was electronically filed through CM/ECF and furnished by U.S. Mail to: Orlando Perez-Martinez, DOC# M67226, Mayo Correctional Institution Annex, 8784 US Highway 27 West, Mayo, FL 32066.

/s/ Omar J. Famada_____
Omar J. Famada