IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ORLANDO PEREZ-MARTINEZ
DOC# M67226,

    Plaintiff,

vs.                                                          Case No. 4:18-CV-546-WS-MJF

K. LINTON, ET AL.,

    Defendants.
_____/

## DEFENDANTS' WITNESS LIST

The Defendants **Linton, Slayton, Brown, Becerra, Cooper, and Buckley** (collectively, the "Defendants"), by and through the undersigned counsel and pursuant to the Court's Order (ECF No. 83) files this witness list:

**List of non-inmate witnesses and summary of anticipated testimony.**

1.    Evelyn Becerra (Def.), c/o of the undersigned attorney.

It is anticipated that Ms. Becerra will testify that she escorted the Plaintiff from his cell to food service. Becerra denies any further interaction with the Plaintiff and denies all allegations of unnecessary or excessive force.

2.    Kyle Linton. (Def.), c/o of the undersigned attorney.

1

It is anticipated that Mr. Linton will testify that he escorted the Plaintiff to medical for a pre-confinement physical, and after leaving medical, the Plaintiff began resisting and he applied reasonable and necessary force, including chemical agents, to bring the Plaintiff into compliance with lawful commands. Linton denies all allegations of unnecessary or excessive force.

3. <u>Ryan Slayton</u>, Defendant, c/o the undersigned counsel

It is anticipated that Mr. Slayton will testify that he escorted the Plaintiff to medical for a pre-confinement physical, and after leaving medical, the Plaintiff began resisting and he applied reasonable and necessary force to bring the Plaintiff into compliance with lawful commands. Linton denies all allegations of unnecessary or excessive force.

4. <u>Randall Brown</u>, Defendant, c/o the undersigned counsel

It is anticipated that Mr. Brown will testify that after being escorted to the mooning food service the Plaintiff yelled and waived his arms in the air causing a disruption to the morning food service. The Plaintiff was issued a disciplinary report for his actions and escorted from food service to medical for a pre-confinement physical. Mr. Brown denies all allegations of unnecessary or excessive force.

5.   C.M. Cooper, Defendant, c/o the undersigned counsel

It is anticipated that Mr. Cooper will testify that on September 28, 2017, he was the confinement housing supervisor, and at approximately 10:30 AM while conducting a lock and locking system inspection, he observed the Plaintiff standing at the cell door.  Mr. Cooper ordered the Plaintiff to lay down on his bunk to which he refused, and the Plaintiff was issued a disciplinary report for disobeying a verbal order.  Mr. Cooper denies all allegations of excessive or unnecessary force.

6.   Clinton Buckley, Defendant, c/o the undersigned counsel

It is anticipated that Mr. Buckley will testify that he was a Lieutenant Shift Supervisor at Taylor C.I. on September 28, 2017.  Mr. Buckley denies all allegations of excessive or unnecessary force.

7.   Judy Hill, c/o address confidential

It is anticipated that Ms. Hill will testify that she was present on the morning of September 28, 2017 at Taylor C.I. when Defendants Linton and Slayton escorted the Plaintiff from medical to a decontamination shower then to medical and finally to the Plaintiff cell.  Ms. Hill will testify that she did not witness any incidents of unnecessary or excessive use of force by any of the Defendants.

8.   Assistant Warden for Operations at Taylor Correctional Institution, c/o

Florida Department of Corrections, 501 S. Calhoun Street, Tallahassee, FL 32399.

It is anticipated that the Assistant Warden will testify as to security procedures involving the movement and use of force on close management inmates.

9. Custodian of inmate medical and mental health records; the custodian will provide foundation for entry of evidence into record.

10. Custodian of inmate classification file; custodian will provide foundation for entry of evidence into record.

11. Any records custodian necessary to introduce records.

12. Any witness necessary for rebuttal or impeachment.

13. Any witness listed by the Plaintiff for which there is no objection.

**B.** **List of inmate witnesses.**

1. Any witness necessary for rebuttal or impeachment.

2. Any witness listed by the Plaintiff for which there is no objection.

Respectfully submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**

/s/ Omar J. Famada
Omar J. Famada
Assistant Attorney General
Florida Bar No. 94467
Office of the Attorney General

The Capitol, PL-01  
Tallahassee, Florida 32399-1050  
Telephone: (850) 414-3300  
Facsimile: (850) 488-4872  
Omar.Famada@myfloridalegal.com

## **CERTIFICATE OF SERVICE**

On December 14, 2020, I hereby certify that a true and correct copy of the foregoing was forwarded via U.S. Mail to Orlando Perez-Martinez, DOC# M67226, Mayo Correctional Institution Annex, 8784 US Highway 27 West, Mayo, FL 32066.