## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

ORLANDO PEREZ-MARTINEZ
DOC# M67226,

      Plaintiff,

vs.                          Case No. 4:18-CV-546-WS-MJF

K. LINTON, ET AL.,

      Defendants.
_____/

### DEFENDANTS' EXHIBITS LIST

The Defendants Linton, Slayton, Brown, Becerra, Cooper, and Buckley (collectively, the "Defendants"), by and through the undersigned counsel and pursuant to the Court's Order (ECF No. 83) files this exhibits list:

**List of Exhibits:**

1.      Grievances and appeals submitted by the Plaintiff.

2.      Plaintiff's medical records.

3.      Use of Force Report 17-18486

4.      Disciplinary Report Worksheet and Statement of Facts authored by Defendant Brown regarding disciplinary report 218-171079.

5.     Disciplinary Report Worksheet and Statement of Facts authored by Defendant Linton regarding disciplinary report 218-171080.

6.     Disciplinary Report Worksheet and Statement of Facts authored by Defendant Cooper regarding disciplinary report 217-171092.

7.     Any of the Plaintiff's filings docketed in the above-styled case.

8.     Post use-of-force handheld and fixed wing video.

9.     Certified judgment and sentence for the Plaintiff.

10.    Duty Roster on September 27, 2017 for Taylor C.I.

11.    Certified judgment and sentence for Plaintiff's inmate witnesses.

12.    Plaintiff's deposition (taken December 19, 2019).

13.    All documents necessary for rebuttal or impeachment.

14.    Any exhibit listed by Plaintiff for which no objection is made.

Respectfully submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**

/s/ Omar J. Famada
Omar J. Famada
Assistant Attorney General
Florida Bar No. 94467
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050

2

Telephone: (850) 414-3300
Facsimile: (850) 488-4872
Omar.Famada@myfloridalegal.com

## **CERTIFICATE OF SERVICE**

On December 14, 2020, I hereby certify that a true and correct copy of the

foregoing was forwarded via U.S. Mail to Orlando Perez-Martinez, DOC# M67226,

Mayo Correctional Institution Annex, 8784 US Highway 27 West, Mayo, FL 32066.

/s/ Omar J. Famada
Omar J. Famada