# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

ORLANDO PEREZ MARTINEZ,

    Plaintiff,

v.                                         Case No.  4:18-cv-546-TKW/MJF

K. LINTON, *et al.*,

    Defendants.

_____/

## ORDER SETTING SETTLEMENT CONFERENCE

The district court has referred this case to the undersigned for a settlement conference. (Doc. 94). The undersigned will conduct a settlement conference on **March 30, 2021, at 9:00 a.m., central time**. The conference will be conducted telephonically. The conference will conclude <u>no later than the close of business</u> on March 30, 2021.

Plaintiff and lead counsel for Defendants are required to attend telephonically.

Lead counsel for Defendants is responsible for coordinating with the Florida Department of Corrections to ensure Plaintiff's meaningful and uninterrupted participation in the settlement conference.

Settlement conferences are often unproductive unless the parties have exchanged demands and offers before the conference and made a serious effort to settle the case on their own. Therefore, before the settlement conference, the parties

shall negotiate and make a good-faith effort to settle the case without the involvement of this court.

At a minimum, specific proposals and counter proposals shall be exchanged prior to the conference, even if such proposals previously were exchanged.

If the parties should arrive at a settlement prior to the settlement conference, the parties shall immediately communicate this to the court by filing a joint notice of settlement. The undersigned would then cancel the settlement conference.

Additionally, on or before **March 15, 2021**, each party shall provide to the office of the undersigned—via hand-delivery, U.S. mail, or email—a confidential settlement statement.[2] The statement **SHALL NOT** be filed with the clerk of the court or served on opposing counsel, as it will not become a part of the file of this case and will be for the exclusive use of the undersigned in preparing for and conducting the conference.

Each party's confidential settlement statement shall contain:

(1)  a brief description of all remaining claims and the law and defenses applicable thereto;

---

[2] Each party may email its respective confidential settlement statement to Lindsey_Martin@flnd.uscourts.gov. The confidential settlement statement may be mailed or hand-delivered to "Judge Frank's Chambers, One North Palafox Street, Pensacola, FL 32502-5665." If mailed or hand-delivered, please write on the outside of the envelope and on the top of the confidential settlement statement: "**Confidential Settlement Statement / Do Not File**."

(2) a concise recitation of the facts and evidence the party expects to present at trial, including evidence that supports any claim for damages;

(3) a brief description of the relief that may be afforded to the prevailing party at trial (*e.g.*, the nature and extent of damages, entitlement to attorney fees);

(4) an estimate of attorney fees and costs of litigation to date and through trial;

(5) an outline of settlement negotiations to date, including the most recent proposals and counter proposals (any inconsistencies between the parties' outlines in this regard will be settled in open court at the commencement of the conference; <u>thus, the parties may wish to confer with each other prior to submitting their outlines to ensure that the outlines are the same with respect to prior settlement negotiations</u>); and

(6) a statement regarding whether any settlement terms are believed to be "nonnegotiable" and, if so, a description of those terms.

The statement should not be lengthy, but it should contain enough information to be useful to the undersigned in analyzing the factual and legal issues in the case.

Although the purpose of the settlement conference is to facilitate settlement of this case, it will be conducted in such a manner as not to prejudice any party in the event settlement is not reached. To that end, all matters communicated to the

undersigned in confidence prior to or during the conference will be kept confidential and will not be disclosed to any other party (without consent) or to the district judge.

At the conference, separate confidential, telephonic caucuses will be held with Plaintiff and lead counsel for Defendants.

The conference will end when settlement is reached or when the undersigned concludes that further negotiation is unlikely to result in settlement.

If settlement is reached, lead counsel for Defendants would be asked promptly to memorialize the terms of the agreement in writing.

**SO ORDERED** this 19th day of January, 2021.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**