UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ORLANDO PEREZ MARTINEZ,

    Plaintiff,

v.                                          Case No. 4:18-cv-546-TKW/MJF

K. LINTON, *et al.*,

    Defendants.
_____/

## **ORDER TO SHOW CAUSE**

This case is before the Court based on the magistrate judge's settlement conference report (Doc. 105), which explains that the magistrate judge was unable to communicate with Plaintiff because Plaintiff is a native Spanish-language speaker and he "responded to attempts to communicate with him in the English language with: 'no halo ingles.'" The magistrate judge previously (and unsuccessfully) attempted to solicit a volunteer attorney for Plaintiff, *see* Doc. 99, but it is now clear that what Plaintiff really needs is a Spanish-language interpreter.

The pretrial conference is scheduled for May 21, 2021, and a jury trial is scheduled for June 1-3, 2021. At the pretrial conference, Plaintiff will need to be able to understand and communicate effectively with the Court and opposing counsel; and at trial, Plaintiff will need to be able to understand and communicate effectively with the Court, the jury, witnesses, and opposing counsel. It is apparent

from the magistrate judge's report that Plaintiff will be unable to do so without a Spanish-language interpreter.

As the magistrate judge previously explained, *see* Doc. 47, Plaintiff is not entitled to a court-appointed interpreter at public expense in this civil case. *See* Guide to Judicial Policy, vol. 5, §260 ("Interpreter services needed to assist parties to civil proceedings not instituted by the United States, both in-court and out-of-court, are the responsibility of the parties to the action . . . ."). However, upon request, the Court can provide a court-appointed interpreter on a "cost-reimbursable basis." 28 U.S.C. §1827(g)(4). Before appointing an interpreter, the Court is authorized to "require the prepayment of the estimated expenses of providing such services." *Id.* Requiring prepayment is the rule, rather than the exception. *See* Guide to Judicial Policy, vol. 5, §265(b) (explaining that because of the administrative burdens on having to track and collect these costs, "interpreter services should be provided on a cost-reimbursable basis only in limited circumstances when no other options are available").

It is the Court's understanding that the cost of a court-appointed Spanish-language interpreter is around $202 for a full day, $111 for a half day, and $35 per hour overtime. Thus, the total cost for an interpreter for the pre-trial conference and trial will be around $700 (and possibly more).

It is unlikely that Plaintiff will be able to prepay the cost of an interpreter because his motion to proceed in forma pauperis reflects that he has no assets or income. *See* Doc. 2 at 1-5. Nevertheless, the Court finds that prepayment is warranted in this case because Plaintiff already has over $2,500 in liens on his inmate account, including the interpreter fees that Plaintiff was assessed (after not being required to prepay the fees) in a prior civil case in this Court. *Id.* at 8, 12. Indeed, if prepayment was not required here, the Court would effectively be requiring the public to subsidize a cost that Plaintiff has no right to have the public pay.

Accordingly, because this case cannot proceed to trial without an interpreter and because the Court will not appoint an interpreter until Plaintiff asks the Court to do so and he prepays the estimated cost of the interpreter, it is

**ORDERED** that on or before <u>April 29, 2021</u>, Plaintiff shall either (a) file a motion requesting appointment of an interpreter and provide evidence of his ability to prepay at least $700 for the cost of interpreter or (b) show cause how this case can proceed to trial without an interpreter. Failure to do so will result in an Order cancelling the pretrial conference and trial and placing this case in abeyance until Plaintiff shows that he has the financial ability to prepay the costs of an interpreter.

**DONE and ORDERED** this 8th day of April, 2021.

*T. Kent Wetherell, II*
_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**

3