**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**ORLANDO PEREZ MARTINEZ,**

      **Plaintiff,**

v.                                       **Case No.  4:18-cv-546-TKW-MJF**

**SERGEANT K. LINTON, et al.,**

      **Defendants.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 109).  No objections were filed.  Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that Defendant Brown is entitled to judgment on the pleadings in his favor, but Defendant Cooper is not.  Accordingly, it is

      **ORDERED** that:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.     Defendants Brown and Cooper's motion for judgment on the pleadings (Doc. 100) is **GRANTED** as to Defendant Brown and **DENIED** as to Defendant Cooper.

3.    Judgment on the pleadings is entered in favor of Defendant Brown and

the claims against him are **DISMISSED with prejudice**.

**DONE AND ORDERED** this 1st day of June, 2021.

_T. Kent Wetherell, II_

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**