UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ORLANDO PEREZ MARTINEZ,

    Plaintiff,

v.     Case No.  4:18-cv-546-TKW/MJF

K. LINTON, *et al*.,

    Defendants.
_____/

## SETTLEMENT CONFERENCE REPORT

On July 23, 2021, with the assistance of a Spanish-language linguist, the undersigned conducted a settlement conference in this matter pursuant to 28 U.S.C. § 636(b) and upon referral by the District Court. (Doc. 115). The conference did not result in settlement of this civil action.

At Pensacola, Florida, this 23rd day of July, 2021.

                                            /s/ *Michael J. Frank*
                                            **Michael J. Frank**
                                            **United States Magistrate Judge**