UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ORLANDO PEREZ MARTINEZ**,

    **Plaintiff**,

v.                                           Case No. 4:18cv546-TKW-MJF

**K. LINTON, et al.**,

    **Defendants**.

_____/

## **ORDER PLACING CASE IN ABEYANCE**

This case is before the Court based on the magistrate judge's settlement conference report (Doc. 120), which states that "[t]he conference did not result in settlement." The case is now ripe for trial, but as the Court explained in its prior Orders, the case cannot proceed to trial unless Plaintiff has an interpreter, and the public is not required to subsidize the cost of an interpreter. *See* Docs. 47, 106, 115. Thus, as the Court previously explained, this case will not be set for trial unless and until Plaintiff is able to pay the costs of an interpreter. *See* Doc. 115, at 4 ("[T]he Court will <u>not</u> set this case for trial or appoint an interpreter for trial until Plaintiff fully reimburses the cost of the interpreter appointed for the settlement conference and he provides proof of his ability to prepay the estimated costs of an interpreter for a three-day trial.") (emphasis in original). Accordingly, it is **ORDERED** that:

1. This case is placed in abeyance.

2. Plaintiff shall file a status report 45 days from this Order (and every 45 days thereafter) with copies of his inmate trust account or other documentation showing that (a) he is paying the amount owed for the interpreter appointed for the settlement conference as previously ordered, and (b) he has the financial ability to pay the cost of an interpreter for trial or that he will have such ability within a reasonable time.

3. Failure to file the periodic status reports, failure to make payments towards the amount owed for the interpreter appointed for the settlement conference, and / or failure to demonstrate an ability to pay the cost of an interpreter for trial within a reasonable time may result in dismissal of this case for failure to comply with court orders and / or failure to prosecute. *See* Fed. R. Civ. P. 41(b); N.D. Fla. Loc. R. 41.1.

**DONE and ORDERED** this 26th day of July, 2021.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**