UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE, DIVISION

ORLANDO PEREZ MARTINEZ,

    Plaintiff,

v                                CASE NO. 4:18-CV-546-TKW/MJF

K. LINTON, et al.

    Respondents.
_____/

## PLAINTIFF'S INITIAL STATUS REPORT

COMES NOW, Plaintiff, *pro-se*, and purusant to this Court's July 26th, 2021 order requiring the Plaintiff to file a status report hereby states the following.

1. Plaintiff has attached a copy of the latest inmate trust account sheet showing that currently he does not have the ability to prepay and to reimburse the Court for the services of an interpreter for trial or for interpreter services previously rendered.

2. Plaintiff, is currently in the process of reaching out to family members and freinds to assist him in shouldering the costs required for the interpreters services.

3. Plaintiff is also reaching out to numerous attorney's to try and obtain their pro-bono services.

4. Plaintiff requests for this Court to keep the Abeyance in place to allow Plaintiff the opportunity to procure the services of counsel and or an interpreter.

WHEREFORE, Plaintiff requests for this Honorable Court to keep the Abeyance in place and Plaintiff will update the Court before the next (45) day interval that was noted in the Court's order in point (2).



## DECLARATION

I declare under penalty of perjury that the foregoing motion is true and correct.

Executed on this _____ day of September, 2021.

/s/ _____
Orlando Perez Martinez
Franklin C.I.
1760 Highway 67 N
Carrabelle, Florida 32322

## CERTIFICATE OF SERVICE

UNDER PENALTIES OF PERJURY I HEREBY CERTIFY that a true and correct copy of the foregoing motion has been placed in the hands of prison ___X___ or jail officials _____ at Franklin Correctional Institution for mailing to be forwarded by Prepaid First Class U.S. Mail Delivery to the following:

U.S. Courthouse Northern District
111 N. Adams St., Ste. 232
Tallahassee, Fla. 32301-7730

Omar Famada, Esq.
PL-01 The Capitol
Tallahassee, FL 32399

PROVIDED TO FRANKLIN CI
FOR MAILING ON
9/13/21 KQ
INMATE INITIALS OPM

on this __13__ day of Septemeber, 2021.

/s/ _____
Orlando Pérez Martinez
DC# M67226
Franklin C.I.
1760 Highway 67 N
Carrabelle, Florida 323322

IBSR140 (74)
FLORIDA DEPARTMENT OF CORRECTIONS
TRUST FUND ACCOUNT STATEMENT
FOR: 03/07/2021 - 09/07/2021
09/07/21
07:44:37
PAGE 1

ACCT NAME: PEREZMARTINEZ, ORLANDO  ACCT#: M67226
BED: D1117L  TYPE: INMATE TRUST
PO BOX:

BEGINNING BALANCE 03/07/21 $567.97

| POSTED DATE | NBR | TYPE | REFERENCE NUMBER | FAC | REMITTER/PAYEE | +/- | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 03/07/21 | 041 | CANTEEN SALES | 2122021030 6 | 000 | | - | $56.84 | $511.13 |
| 03/08/21 | 041 | CANTEEN SALES | 2122021030 7 | 000 | | - | $42.14 | $468.99 |
| 03/08/21 | 129 | PROCESSING FEE | WEEKLY DRAW | 000 | | - | $0.99 | $468.00 |
| 03/08/21 | 374 | JPAY MEDIA W/D | 000093969219 | 000 | | - | $30.00 | $438.00 |
| 03/10/21 | 041 | CANTEEN SALES | 2122021030 9 | 000 | | - | $23.43 | $414.57 |
| 03/14/21 | 041 | CANTEEN SALES | 2122021031 3 | 000 | | - | $76.16 | $338.41 |
| 03/15/21 | 127 | PROCESSING FEE | WEEKLY DRAW | 000 | | - | $1.00 | $337.41 |
| 03/17/21 | 041 | CANTEEN SALES | 2122021031 6 | 000 | | - | $2.54 | $334.87 |
| 03/19/21 | 041 | CANTEEN SALES | 2122021031 8 | 000 | | - | $9.83 | $325.04 |
| 03/20/21 | 041 | CANTEEN SALES | 2122021031 9 | 000 | | - | $60.49 | $264.55 |
| 03/22/21 | 041 | CANTEEN SALES | 2122021032 1 | 000 | | - | $22.90 | $241.65 |
| 03/22/21 | 127 | PROCESSING FEE | WEEKLY DRAW | 000 | | - | $0.96 | $240.69 |
| 03/23/21 | 039 | CANTEEN SALES | 2122021032 2 | 000 | | - | $10.49 | $230.20 |
| 03/24/21 | 041 | CANTEEN SALES | 2122021032 3 | 000 | | - | $2.12 | $228.08 |
| 03/25/21 | 041 | CANTEEN SALES | 2122021032 4 | 000 | | - | $15.91 | $212.17 |
| 03/28/21 | 041 | CANTEEN SALES | 2122021032 7 | 000 | | - | $62.46 | $149.71 |
| 03/29/21 | 041 | CANTEEN SALES | 2122021032 8 | 000 | | - | $3.56 | $146.15 |
| 03/29/21 | 127 | PROCESSING FEE | WEEKLY DRAW | 000 | | - | $0.95 | $145.20 |
| 03/30/21 | 041 | CANTEEN SALES | 2122021032 9 | 000 | | - | $15.15 | $130.05 |
| 04/01/21 | 041 | CANTEEN SALES | 2122021033 1 | 000 | | - | $7.64 | $122.41 |
| 04/02/21 | 041 | CANTEEN SALES | 2122021040 1 | 000 | | - | $11.44 | $110.97 |
| 04/03/21 | 041 | CANTEEN SALES | 2122021040 2 | 000 | | - | $0.84 | $110.13 |
| 04/05/21 | 041 | CANTEEN SALES | 2122021040 4 | 000 | | - | $14.84 | $95.29 |
| 04/05/21 | 129 | PROCESSING FEE | WEEKLY DRAW | 000 | | - | $0.50 | $94.79 |
| 04/06/21 | 041 | CANTEEN SALES | 2122021040 5 | 000 | | - | $18.74 | $76.05 |
| 04/06/21 | 218 | LEGAL COPIES WD | 2232021276 | 000 | | - | $0.45 | $75.60 |
| 04/07/21 | 041 | CANTEEN SALES | 2122021040 6 | 000 | | - | $9.96 | $65.64 |
| 04/08/21 | 039 | CANTEEN SALES | 2122021040 7 | 000 | | - | $2.12 | $63.52 |
| 04/09/21 | 039 | CANTEEN SALES | 2122021040 8 | 000 | | - | $4.29 | $59.23 |
| 04/10/21 | 039 | CANTEEN SALES | 2122021040 9 | 000 | | - | $13.36 | $45.87 |
| 04/11/21 | 039 | CANTEEN SALES | 2122021041 0 | 000 | | - | $3.48 | $42.39 |
| 04/12/21 | 039 | CANTEEN SALES | 2122021041 1 | 000 | | - | $13.82 | $28.57 |
| 04/12/21 | 125 | PROCESSING FEE | WEEKLY DRAW | 000 | | - | $0.66 | $27.91 |
| 04/13/21 | 039 | CANTEEN SALES | 2122021041 2 | 000 | | - | $6.12 | $21.79 |
| 04/14/21 | 042 | CANTEEN SALES | 2122021041 3 | 000 | | - | $4.90 | $16.89 |
| 04/18/21 | 041 | CANTEEN SALES | 2122021041 7 | 000 | | - | $16.88 | $0.01 |
| 04/19/21 | 129 | PROCESSING FEE | WEEKLY DRAW | 000 | | - | $0.01 | $0.00 |
| 04/21/21 | 218 | GOVERNMENT CHEC | 4044038213 45 | 20210419 | EIP3 | + | $1,400.00 | $1,400.00 |
| 04/21/21 | 315 | PROCESSING FEE | 04/19/2021 | 000 | | - | $0.50 | $1,399.50 |
| 04/21/21 | 317 | LIEN PAYMENT | 04212121800 9 | 000 | | - | $0.27 | $1,399.23 |
| 04/21/21 | 317 | LIEN PAYMENT | - 10/25/2018 | 416CV192 | ST. PRISON LITI | - | $135.20 | $1,264.03 |

IBSR140 (74)                    FLORIDA DEPARTMENT OF CORRECTIONS                         09/07/21
                                 TRUST FUND ACCOUNT STATEMENT                              07:44:37
                                  FOR: 03/07/2021 - 09/07/2021                             PAGE 2

ACCT NAME: PEREZMARTINEZ, ORLANDO        ACCT#: M67226
BED: D1117L                              TYPE: INMATE TRUST
PO BOX:

| POSTED DATE | NBR | TYPE | REFERENCE NUMBER | FAC | REMITTER/PAYEE | +/- | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 04/21/21 | 317 | LIEN PAYMENT      | 0421212l8009 - 03/28/2014 | 414CV146       | | - | $280.00 | $984.03 |
| 04/21/21 | 317 | FED PRISON LITI   | 0421212l8009 - 05/01/2020 | 420CV102       | | - | $280.00 | $704.03 |
| 04/21/21 | 317 | FED PRISON LITI   | 0421212l8009 - 03/16/2011 | 0316110730SC   | | - | $5.00   | $699.03 |
| 04/21/21 | 317 | LIEN PAYMENT      | 0421212l8009 - 03/23/2011 | 0322110800SC   | | - | $5.00   | $694.03 |
| 04/21/21 | 317 | MEDICAL CO-PAY    | 0421212l8009 - 03/28/2011 | 0324110800SC   | | - | $5.00   | $689.03 |
| 04/21/21 | 317 | MEDICAL CO-PAY    | 0421212l8009 - 03/31/2011 | 0331110735SC   | | - | $5.00   | $684.03 |
| 04/21/21 | 317 | MEDICAL CO-PAY    | 0421212l8009 - 05/12/2011 | 0510111200DS   | | - | $5.00   | $679.03 |
| 04/21/21 | 317 | MEDICAL CO-PAY    | 0421212l8009 - 08/08/2011 | 0804111209SC   | | - | $5.00   | $674.03 |
| 04/21/21 | 317 | MEDICAL CO-PAY    | 0421212l8009 - 09/19/2011 | 0914111101DS   | | - | $5.00   | $669.03 |
| 04/21/21 | 317 | MEDICAL CO-PAY    | 0421212l8009 - 09/29/2011 | 0929110940SC   | | - | $5.00   | $664.03 |
| 04/21/21 | 317 | MEDICAL CO-PAY    | 0421212l8009 - 10/10/2011 | 1010110945SC   | | - | $5.00   | $659.03 |
| 04/21/21 | 317 | MEDICAL CO-PAY    | 0421212l8009 - 10/24/2011 | 1024110925SC   | | - | $5.00   | $654.03 |
| 04/21/21 | 317 | MEDICAL CO-PAY    | 0421212l8009 - 12/01/2011 | 1130110835SC   | | - | $5.00   | $649.03 |
| 04/21/21 | 317 | MEDICAL CO-PAY    | 0421212l8009 - 01/18/2012 | 0110120800SC   | | - | $5.00   | $644.03 |
| 04/21/21 | 317 | MEDICAL CO-PAY    | 0421212l8009 - 01/20/2012 | 0119120830DS   | | - | $5.00   | $639.03 |
| 04/21/21 | 317 | MEDICAL CO-PAY    | 0421212l8009 - 02/23/2012 | 0222121230SC   | | - | $5.00   | $634.03 |
| 04/21/21 | 317 | MEDICAL CO-PAY    | 0421212l8009 - 06/13/2012 | 0613120910SC   | | - | $5.00   | $629.03 |
| 04/21/21 | 317 | MEDICAL CO-PAY    | 0421212l8009 - 08/02/2012 | 0802120720SC   | | - | $5.00   | $624.03 |
| 04/21/21 | 317 | MEDICAL CO-PAY    | 0421212l8009 - 08/29/2012 | 0829120710SC   | | - | $5.00   | $619.03 |
| 04/21/21 | 317 | MEDICAL CO-PAY    | 0421212l8009 - 01/31/2013 | 0130130822SC   | | - | $5.00   | $614.03 |
| 04/21/21 | 317 | MEDICAL CO-PAY    | 0421212l8009 - 02/21/2013 | 0201310255C    | | - | $5.00   | $609.03 |
| 04/21/21 | 317 | MEDICAL CO-PAY    | 0421212l8009 - 02/27/2013 | 0226130750SC   | | - | $5.00   | $604.03 |
| 04/21/21 | 317 | MEDICAL CO-PAY    | 0421212l8009 - 03/26/2013 | 0322130935DS   | | - | $5.00   | $599.03 |

IBSR140 (74)                    FLORIDA DEPARTMENT OF CORRECTIONS                         09/07/21
                                TRUST FUND ACCOUNT STATEMENT                              07:44:37
                                FOR: 03/07/2021 - 09/07/2021                              PAGE   3

ACCT NAME: PEREZMARTINEZ, ORLANDO        ACCT#: M67226
BED: D1117L                              TYPE: INMATE TRUST
PO BOX:

| POSTED DATE | NBR | TYPE | REFERENCE NUMBER | FAC | REMITTER/PAYEE | +/- | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 04/21/21 | 317 | LIEN PAYMENT - MEDICAL CO-PAY | 0421218009 05/25/2013 | 000 | 0524130810SC | - | $5.00 | $594.03 |
| 04/21/21 | 317 | LIEN PAYMENT - MEDICAL CO-PAY | 0421218009 06/11/2013 | 000 | 0606130915DS | - | $5.00 | $589.03 |
| 04/21/21 | 317 | LIEN PAYMENT - MEDICAL CO-PAY | 0421218009 06/19/2013 | 000 | 0613131215DS | - | $5.00 | $584.03 |
| 04/21/21 | 317 | LIEN PAYMENT - MEDICAL CO-PAY | 0421218009 09/19/2013 | 000 | 0916130804SC | - | $5.00 | $579.03 |
| 04/21/21 | 317 | LIEN PAYMENT - MEDICAL CO-PAY | 0421218009 10/16/2013 | 000 | 1015130900SC | - | $5.00 | $574.03 |
| 04/21/21 | 317 | LIEN PAYMENT - MEDICAL CO-PAY | 0421218009 10/26/2013 | 000 | 1025130945SC | - | $5.00 | $569.03 |
| 04/21/21 | 317 | LIEN PAYMENT - MEDICAL CO-PAY | 0421218009 11/02/2013 | 000 | 1030131325DS | - | $5.00 | $564.03 |
| 04/21/21 | 317 | LIEN PAYMENT - MEDICAL CO-PAY | 0421218009 11/22/2013 | 000 | 1121130915DS | - | $5.00 | $559.03 |
| 04/21/21 | 317 | LIEN PAYMENT - MEDICAL CO-PAY | 0421218009 12/10/2013 | 000 | 1209130713SC | - | $5.00 | $554.03 |
| 04/21/21 | 317 | LIEN PAYMENT - MEDICAL CO-PAY | 0421218009 12/21/2013 | 000 | 1220130900SC | - | $5.00 | $549.03 |
| 04/21/21 | 317 | LIEN PAYMENT - MEDICAL CO-PAY | 0421218009 01/16/2014 | 000 | 0115140950SC | - | $5.00 | $544.03 |
| 04/21/21 | 317 | LIEN PAYMENT - MEDICAL CO-PAY | 0421218009 01/23/2014 | 000 | 0122140910SC | - | $5.00 | $539.03 |
| 04/21/21 | 317 | LIEN PAYMENT - MEDICAL CO-PAY | 0421218009 02/22/2014 | 000 | 0221141000SC | - | $5.00 | $534.03 |
| 04/21/21 | 317 | LIEN PAYMENT - MEDICAL CO-PAY | 0421218009 03/12/2014 | 000 | 0311141045SC | - | $5.00 | $529.03 |
| 04/21/21 | 317 | LIEN PAYMENT - MEDICAL CO-PAY | 0421218009 03/25/2014 | 000 | 0324140935SC | - | $5.00 | $524.03 |
| 04/21/21 | 317 | LIEN PAYMENT - MEDICAL CO-PAY | 0421218009 06/20/2014 | 000 | 0619140930SC | - | $5.00 | $519.03 |
| 04/21/21 | 317 | LIEN PAYMENT - MEDICAL CO-PAY | 0421218009 07/25/2014 | 000 | 0724140800SC | - | $5.00 | $514.03 |
| 04/21/21 | 317 | LIEN PAYMENT - MEDICAL CO-PAY | 0421218009 01/28/2015 | 000 | 0127151120SC | - | $5.00 | $509.03 |
| 04/21/21 | 317 | LIEN PAYMENT - MEDICAL CO-PAY | 0421218009 05/28/2015 | 000 | 0522151125SC | - | $5.00 | $504.03 |
| 04/21/21 | 317 | LIEN PAYMENT - MEDICAL CO-PAY | 0421218009 10/17/2015 | 000 | 1015151100SC | - | $5.00 | $499.03 |
| 04/21/21 | 317 | LIEN PAYMENT - MEDICAL CO-PAY | 0421218009 11/24/2015 | 000 | 1120151030SC | - | $5.00 | $494.03 |
| 04/21/21 | 317 | LIEN PAYMENT - MEDICAL CO-PAY | 0421218009 12/04/2015 | 000 | 1202151012SC | - | $5.00 | $489.03 |
| 04/21/21 | 317 | LIEN PAYMENT - MEDICAL CO-PAY | 0421218009 12/11/2015 | 000 | 1209150900SC | - | $5.00 | $484.03 |


```
IBSR140 (74)                    FLORIDA DEPARTMENT OF CORRECTIONS                    09/07/21
                                 TRUST FUND ACCOUNT STATEMENT                         07:44:37
                                FOR: 03/07/2021 - 09/07/2021                          PAGE 6
```

ACCT NAME: PEREZMARTINEZ, ORLANDO         ACCT#: M67226
BED: D1117L                               TYPE: INMATE TRUST
PO BOX:

| POSTED DATE | NBR | TYPE | REFERENCE NUMBER | FAC | REMITTER/PAYEE | +/- | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 04/21/21 | 317 | LIEN PAYMENT - LEGAL COPIES LI | 0421212180009 02/07/2018 | 000 | 2232018100 | - | $1.05 | $282.38 |
| 04/21/21 | 317 | LIEN PAYMENT - LEGAL COPIES LI | 0421212180009 02/07/2018 | 000 | 223201714 | - | $0.60 | $281.78 |
| 04/21/21 | 317 | LIEN PAYMENT - LEGAL COPIES LI | 0421212180009 03/14/2018 | 000 | 2232018216 | - | $29.25 | $252.53 |
| 04/21/21 | 317 | LIEN PAYMENT - LEGAL COPIES LI | 0421212180009 03/14/2018 | 000 | 2232018215 | - | $12.15 | $240.38 |
| 04/21/21 | 317 | LIEN PAYMENT - LEGAL COPIES LI | 0421212180009 03/14/2018 | 000 | 2232018193 | - | $16.20 | $224.18 |
| 04/21/21 | 317 | LIEN PAYMENT - LEGAL COPIES LI | 0421212180009 04/05/2018 | 000 | 2232018346 | - | $3.00 | $221.18 |
| 04/21/21 | 317 | LIEN PAYMENT - LEGAL COPIES LI | 0421212180009 04/05/2018 | 000 | 2232018310 | - | $64.80 | $156.38 |
| 04/21/21 | 317 | LIEN PAYMENT - LEGAL COPIES LI | 0421212180009 04/05/2018 | 000 | 2232018267 | - | $5.70 | $150.68 |
| 04/21/21 | 317 | LIEN PAYMENT - LEGAL COPIES LI | 0421212180009 04/05/2018 | 000 | 2232018252 | - | $6.00 | $144.68 |
| 04/21/21 | 317 | LIEN PAYMENT - LEGAL COPIES LI | 0421212180009 05/04/2018 | 000 | 2232018538 | - | $3.00 | $141.68 |
| 04/21/21 | 317 | LIEN PAYMENT - LEGAL COPIES LI | 0421212180009 05/04/2018 | 000 | 2232018468 | - | $1.05 | $140.63 |
| 04/21/21 | 317 | LIEN PAYMENT - LEGAL COPIES LI | 0421212180009 05/04/2018 | 000 | 2232018437 | - | $0.60 | $140.03 |
| 04/21/21 | 317 | LIEN PAYMENT - LEGAL COPIES LI | 0421212180009 05/04/2018 | 000 | 2232018407 | - | $1.20 | $138.83 |
| 04/21/21 | 317 | LIEN PAYMENT - LEGAL COPIES LI | 0421212180009 05/04/2018 | 000 | 2232018398 | - | $0.15 | $138.68 |
| 04/21/21 | 317 | LIEN PAYMENT - LEGAL COPIES LI | 0421212180009 06/08/2018 | 000 | 2232018727 | - | $3.90 | $134.78 |
| 04/21/21 | 317 | LIEN PAYMENT - LEGAL COPIES LI | 0421212180009 06/08/2018 | 000 | 2232018725 | - | $6.00 | $128.78 |
| 04/21/21 | 317 | LIEN PAYMENT - LEGAL COPIES LI | 0421212180009 06/08/2018 | 000 | 2232018665 | - | $9.60 | $119.18 |
| 04/21/21 | 317 | LIEN PAYMENT - LEGAL COPIES LI | 0421212180009 06/08/2018 | 000 | 2232018639 | - | $1.50 | $117.68 |
| 04/21/21 | 317 | LIEN PAYMENT - LEGAL COPIES LI | 0421212180009 06/08/2018 | 000 | 2232018587 | - | $1.20 | $116.48 |
| 04/21/21 | 317 | LIEN PAYMENT - LEGAL COPIES LI | 0421212180009 06/08/2018 | 000 | 2232018558 | - | $3.00 | $113.48 |
| 04/21/21 | 317 | LIEN PAYMENT - LEGAL COPIES LI | 0421212180009 07/06/2018 | 000 | 2232018819 | - | $3.30 | $110.18 |
| 04/21/21 | 317 | LIEN PAYMENT - LEGAL COPIES LI | 0421212180009 07/06/2018 | 000 | 2232018771 | - | $2.10 | $108.08 |
| 04/21/21 | 317 | LIEN PAYMENT - LEGAL COPIES LI | 0421212180009 07/06/2018 | 000 | 2232018734 | - | $64.80 | $43.28 |

ACCT NAME: PEREZMARTINEZ, ORLANDO          ACCT#: M67226
BED: D1117L                                TYPE: INMATE TRUST
PO BOX:

| LIEN DATE | TYPE OF LIEN | LIEN FACL | AMOUNT OF LIEN | AMOUNT STILL OWED |
|---|---|---|---|---|
| 07/12/21 | LEGAL POSTAGE | 000 | $0.51 | $0.51 |
| 07/12/21 | LEGAL POSTAGE | 000 | $0.51 | $0.51 |
| 07/14/21 | LEGAL POSTAGE | 000 | $1.80 | $1.80 |
| 07/21/21 | LEGAL POSTAGE | 000 | $1.60 | $1.60 |
| 07/21/21 | LEGAL POSTAGE | 000 | $1.40 | $1.40 |
| 07/23/21 | LEGAL POSTAGE | 000 | $2.60 | $2.60 |
| 07/30/21 | LEGAL POSTAGE | 000 | $0.51 | $0.51 |
| 07/30/21 | LEGAL POSTAGE | 000 | $0.51 | $0.51 |
| 08/06/21 | LEGAL POSTAGE | 000 | $0.51 | $0.51 |
| 08/06/21 | LEGAL POSTAGE | 000 | $0.51 | $0.51 |
| 08/06/21 | LEGAL POSTAGE | 000 | $0.51 | $0.51 |

# INMATE REQUEST — DEPARTMENT OF CORRECTIONS

Mail Number: MAIL ROOM
Team Number: ____
Institution: F.C.I

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☒ Other MAIL ROOM |

**FROM:** Inmate Name: Orlondo Perez Martinez | DC Number: M67226 | Quarters: D1-17L | Job Assignment: HOUSEMAN | Date: 9-2-21

**REQUEST** — Check here if this is an informal grievance ☐

Please provide me with a 6 month inmate bank statement printout sheet so that such can be provided to the Appeals Court

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): [signed]  DC#: M67226

— DO NOT WRITE BELOW THIS LINE —

**RESPONSE**  DATE RECEIVED: RECEIVED SEP 07 2021

See attached

[The following pertains to informal grievances only:]
Based on the above information, your grievance is _____ (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Print Name): ____  Official (Signature): K. GRISWOL  Date: ____

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

DC# M67226

Orlando Perez Martinez
Franklin C.I. 1760 Highway 67 N
Carrabelle, FL 32322



U.S. Courthouse Northern District
111 N. Adams St., Ste. 232
Tallahassee, FL 32301-7730

*LEGAL MAIL*

CHECKED

LEGAL MAIL