**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**ORLANDO PEREZ MARTINEZ,**

      **Plaintiff,**

**v.**                                          **Case No.  4:18-cv-546-TKW-MJF**

**SERGEANT K. LINTON, et al.,**

      **Defendants.**

_____/

## ORDER TO SHOW CAUSE

This case has been pending for over 3 years and is ready for trial.  However, as the Court previously explained, the case cannot proceed to trial without an interpreter for Plaintiff and the public is not required to subsidize the cost of an interpreter in this civil case.  *See* Docs. 47, 106, 115, 122.  Plaintiff cannot afford an interpreter, so the case is essentially stuck in limbo.

In July, the Court entered an Order requiring Plaintiff to file periodic reports concerning his ability to prosecute this case.  The Order warned Plaintiff that the case may be dismissed if he failed to comply with the reporting requirement.  *See* Doc. 122, at 2 (¶3).  Plaintiff filed an initial status report in September, *see* Doc. 125, but he has not filed anything since.

This case cannot languish indefinitely, and if Plaintiff is not going to comply with court orders, the Court can (and will) dismiss the case.  The Court could

consider Plaintiff's failure to file anything since September as an abandonment of this case (and dismiss the case on that basis), but in an abundance of caution, the Court will give Plaintiff an opportunity to explain why he has not filed anything since September, whether he still intends to pursue this case, and if so, how (and when) he will be able to pay for an interpreter.

Accordingly, it is **ORDERED** that on or before December 13, 2021, Plaintiff shall show cause why this case should not be dismissed for failure to comply with a court order and/or for failure to prosecute based on his failure to show that he will be able to pay for an interpreter in the foreseeable future.  Failure to respond to this Order will result in this case being dismissed under Fed. R. Civ. P. 41(b) and N.D. Fla. Loc. R. 41.1.

**DONE AND ORDERED** this 22nd day of November, 2021.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**