UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ORLANDO PEREZ MARTINEZ,

    Plaintiff,

v.                          Case No. 4:18-cv-546-TKW-MJF

SERGEANT K. LINTON, et al.,

    Defendants.
_____/

## NOTICE OF STATUS AND MOTION FOR APPOINTMENT OF COUNSEL

COMES NOW, Plaintiff, *pro-se* and pursuant to this Court's order notifies the Court of his intentions and further, requests for the appointment of counsel. In support Plaintiff states the following.

1. Plaintiff has reached out to family members and has not been able to procure any funds to be able to pay for the interpreter.

2. Plaintiff has sent out (10) letters to various attorneys requesting pro-bono services, thus far to no avail. See attached response from two attorney's.

3. Plaintiff is reaching out to attorney James V. Cook of Tallahassee, where Plaintiff was referred to him by Mr. Daniel Soloway, Esq.

4. Plaintiff is asking for the court to grant a continuance to allow for Mr. Soloway, Esq. for respond.



5. In the alternative, Plaintiff is asking for the Court to appoint counsel in this cause. Plaintiff is indigent and owes north of $3,000 on his inmate trust account. Plaintiff does not expect any deposit of funds in the foreseeable future.

6. The issues involved in this case are complex and require a skilled attorney for cross-examination.

7. The testimony will be in sharp conflict, since the Plaintiff alleges that the defendants assaulted him, while the disciplinary reports assert that Plaintiff was disobeying a verbal order.

8. Plaintiff has limited knowledge of the law, does not speak English and has required the assistance of law clerks to help him with his litigation.

WHEREFORE, the Plaintiff's motion for appointment of counsel and a request for a continuance should be granted.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 14 day of december, 2021

## CERTIFICATE OF SERVICE

UNDER PENALTIES OF PERJURY I HEREBY CERTIFY that this Notice of Status and Motion For Appointment of Counsel was placed in the hands of prison __X__ or jail _____ officials at Franklin Correctional Institution for mailing to be forwarded by Prepaid First Class U.S. Mail Delivery to the following:

United States District Court
111 N. Adams St., Suite #322
Tallahassee, Fla. 32301-7730

Office of the Attorney General
Department of Legal Affairs
The Capitol, PL-01
Tallahassee, Fla. 32399-1050

on this __14__ day of December, 2021.

/s/ _____
Orlando Peréz-Martinez DC# M67226
Franklin Correctional Institution
1760 Highway 67 N
Carrabelle, Florida 32322

PROVIDED TO FRANKLIN CI
FOR MAILING ON
__12/14/21__ mB
INMATE INITIALS OPM



# SOLOWAY
## LAW FIRM

PERSONAL INJURY • CIVIL RIGHTS • FEDERAL WORKERS' COMP. • SOCIAL SECURITY • ERISA • LONG TERM DISABILITY

Daniel M. Soloway,* Esq.⁺⁺  
* Board Certified in Civil Trial Law  
  by the Florida Bar and National  
  Board of Trial Advocacy  
⁺⁺Founding Partner

Daniel J. Finelli, Esq.*  
*Partner  
R. Ian MacLaren III, Esq.*  
*Partner

November 15, 2021

**CONFIDENTIAL LEGAL MAIL**
Mr. Orlando Perez-Martinez DC# N167226
Franklin Correctional Institution
1760 Co Hwy 67.
Carrabelle, FL 32322

      **Re: Your Potential Claim**

Dear Mr. Martinez:

      I received your recent letter. I must tell you that I am extraordinarily selective when evaluating claims from correctional facilities and generally take no more than one of every 100-200 cases I review. Additionally, my civil rights and torts practice is limited to the representation of those inmates who have suffered serious injury requiring <u>surgical</u> intervention and/or <u>death</u> claims. After careful review of your letter, I have chosen not to accept representation in this matter. My decision to decline representation should not be considered as an opinion that you have no claim. Different lawyers have differing views on cases such as yours and you should seek another legal opinion at once. As I say, I am very selective and although I have declined your case, another attorney might be happy to represent you. I would suggest contacting the <u>**James V. Cook, Esq., 314 W. Jefferson St., Tallahassee, FL 32301; (850) 222-8080.**</u>

      Please be aware that your claims are subject to one or more statutes of limitations. Limitations statutes hold that if you fail to file a lawsuit within a certain period of time, the lawsuit will be forever barred. Because I do not have all the facts concerning your claims, I must refrain from advising you as to any limitations periods specific to your case. Generally speaking, however, negligence and other personal injury claims under state law must be filed in court within **4 years** of the negligent/wrongful act and must be preceded by a statutory notice of claim sent to specific persons within **3 years** of the negligent/wrongful act. Claims for civil rights violations are subject to a **4-year** statute of limitations. Claims for medical malpractice/negligence should be treated as if subject to a **2-year** statute of limitations, though a longer period may apply under certain circumstances. If you are a prisoner challenging a condition of confinement, including single episodes of negligence or improper conduct, Florida statutes provides only a very short **1 year** period in which to file suit. These limitations periods do not cover every possible claim and some of your claims may be subject to shorter limitations periods. Because these are complicated requirements, I again encourage you to seek other legal representation at once.

      I am sorry I could not help and sincerely wish you luck should you pursue this matter.

                                          Very Truly Yours,

                                          */s/Daniel M. Soloway*
                                          For the Firm



November 16, 2021

**CERTIFIED RETURN RECEIPT**
**7021 0950 0001 9353**
Orlando Perez-Martinez DC# M67226
Franklin Correctional Institution
1760 Highway 67 North
Carrabelle, FL 32322

Re: Your Letter we Received on November 12, 2021

Dear Mr. Martinez:

    I have reviewed the initial information you have provided regarding your case. Please be advised that I will not be able to assist you in this matter at this time. I urge you to immediately contact another attorney and obtain his/her opinion of your case should you decide to pursue the matter. Thank you for contacting our office.

Sincerely,

ASHLEY ARMSTRONG

AA/**

850 S. Palafox St., Ste. 202, Pensacola, FL 32502 | o 850.607.2929 | f 850.607.2055 | WATSONFIRM.COM

Orlando Perez  
DC# M67226  
Franklin Correctional Institution  
1760 Highway 67 N  
Carrabelle, Florida 32322

TALLAHASSEE FL 323

14 DEC 2021 PM 2 L

MAILED FROM A STATE
CORRECTIONAL INSTITUTION

United States District Court  
111 N. Adams St., Suite # 322  
Tallahassee, Fla. 32301-7730

LEGAL MAIL

32301-773097

INDIGENT LEGAL MAIL