UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ORLANDO PEREZ MARTINEZ**,

    **Plaintiff**,

v.                                                                                    Case No.  4:18-cv-546-TKW-MJF

**SERGEANT K. LINTON**, et al.,

    **Defendants**.

_____/

## ORDER APPOINTING COUNSEL

This case has been in abeyance for the past 6 months.  *See* Doc. 122.  Plaintiff recently filed a motion to appoint counsel (Doc. 127), and although he is not entitled to appointed counsel in this civil case, it has become apparent to the Court that the case will not be able to proceed to trial without counsel because Plaintiff cannot speak English or afford an interpreter.  Therefore, pursuant to 28 U.S.C. §1915(e)(1), the Court contacted several attorneys to request that they represent Plaintiff.  Attorney James Cook agreed to do so.  *See* Doc. 128 (notice of appearance).

Accordingly, it is **ORDERED** that:

1.    Plaintiff's motion to appoint counsel (Doc. 127) is **GRANTED**, and attorney James Cook is appointed to represent Plaintiff.

2.    The Clerk shall contact Mr. Cook and explain the process for obtaining limited reimbursement of costs and expenses from the Court's Bench and Bar fund.

3. Counsel for Defendants shall promptly provide Mr. Cook copies of the exhibits on Defendant's exhibit list (Doc. 88) and any discovery produced to or received from Plaintiff.

4. Counsel shall confer and file a status report within 28 days from the date of this Order indicating whether an additional settlement conference with the magistrate judge might be productive, whether anything else remains to be done before trial, and when the parties propose that the case be set for trial.

5. The Clerk shall mail a copy of this Order to Plaintiff at the address in in Doc. 124.

**DONE AND ORDERED** this 25th day of January, 2022.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**