UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ORLANDO PEREZ MARTINEZ,

    Plaintiff,

vs.

SERGEANT K. LINTON, et al.,

    Defendants.

Case No. 4:18cv546-TKW-MJF

**JOINT STATUS REPORT**

    The Parties, Plaintiff, ORLANDO PEREZ MARTINEZ, and Defendants SGT. KYLE LINTON, RYAN SLAYTON, C.M. COOPER, CAPT. CLINTON BUCKLEY, and ADELINA BECERRA, file this Joint Status Report pursuant to the Court's Order (ECF 129).

    Counsel for Plaintiff have communicated with Plaintiff by mail and phone and have a sense of the Plaintiff's goals and of the evidence that is or should be available. Counsel for the Parties have conferred. Counsel for Defendants have provided hand-held and fixed wing video recordings and several documents, including Disciplinary Reports and Worksheets, Duty Rosters, Grievances, Use of Force Reports. Plaintiff has not received medical records or certified judgments of plaintiff or witnesses. Plaintiff believes there was video taken at or around the dining hall which has not been provided.

    Counsel for Plaintiff agrees to pay the cost of the translator at the prior

Settlement Conference. Counsel for Plaintiff has staff who can translate at any further conferences, hearings, or trial. Counsel for Plaintiff believes that now that Plaintiff is represented, it would be worthwhile to further pursue settlement.

Counsel for Defendants submits that all videos have been provided. Counsel for Plaintiff could be available for trial by September. Counsel for Defendants, Omar Famada, will be leaving the Attorney General's Office within about two weeks. Counsel for Defendants Joe Belitzky would not have availability for trial until November. However, the case may be re-assigned in the meantime so that a sooner trial date may be possible.

Respectfully Submitted on February 22, 2022,

*/s/ Joe Belitzky*
JOE BELITZKY, ESQ.
Florida Bar No. 0217301
Joe.Belitzky@myfloridalegal.com
*/s/ Omar J. Famada*
OMAR J. FAMADA, ESQ.
Florida Bar No. 94467
Omar.Famada@myfloridalegal.com
Office of the Attorney General
The Capitol, PL-01
Tallahassee, FL 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872

Attorneys for all Defendants

*/s/ James V. Cook*
JAMES V. COOK, ESQ.
Florida Bar No. 0966843
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
(850) 222-8080; 561-0836 fax
cookjv@gmail.com

*/s/ James M. Slater*
JAMES M. SLATER, ESQ.
Florida Bar No. 111779
Slater Legal PLLC
113 S. Monroe Street
Tallahassee, FL 32302
james@slater.legal
Tel: (305) 523-9023

Attorneys for Plaintiff