UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ORLANDO PEREZ MARTINEZ**,

    **Plaintiff**,

v.                                                 Case No. 4:18-cv-546-TKW-MJF

**SERGEANT K. LINTON**, et al.,

    **Defendants**.

_____/

**ORDER**

Upon due consideration of the parties' joint status report (Doc. 131), it is **ORDERED** that:

1. This case is referred to the magistrate judge for a settlement conference based on Plaintiff's representation (which Defendants do not dispute) that an additional conference may be productive now that Plaintiff is represented by counsel. The conference shall be set for a date that gives Plaintiff's attorney sufficient time to review videos and other evidence provided by Defendants and, if possible, shall be completed by June 30, 2022.

2. The Court defers setting a trial date at this time based on the current uncertainty as to whether a new attorney will be assigned to the case to represent Defendants. The parties shall file a supplemental status report within 7 days after the case is reassigned or 28 days from the date of this Order, whichever occurs first,

identifying their availability for trial during the following weeks: September 5 and 12; October 3, 10, and 31; November 7; and December 5 and 19, 2022. The report shall also identify how many days the parties reasonably expect to need for trial.

**DONE AND ORDERED** this 23rd day of February, 2022.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**