UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ORLANDO PEREZ MARTINEZ,

    Plaintiff,

vs.

SERGEANT K. LINTON, et al.,

    Defendants.

Case No. 4:18cv546-TKW-MJF

**JOINT STATUS REPORT**

The Parties, Plaintiff, ORLANDO PEREZ MARTINEZ, and Defendants SGT. KYLE LINTON, RYAN SLAYTON, C.M. COOPER, CAPT. CLINTON BUCKLEY, and ADELINA BECERRA, file this Joint Status Report pursuant to the Court's Order (ECF 151).

Counsel for Plaintiff transmitted a release to Plaintiff's institution for his review so that the Parties could finalize their settlement paperwork and file their dismissal papers in this case. Because Plaintiff required clarification in Spanish, and given delays in correspondence reaching Plaintiff in prison, Plaintiff has only recently been able to review the release in full. On Friday, June 3, 2022, Plaintiff's counsel communicated with Plaintiff, who informed counsel that he has signed and initialed the release and is attempting to return it to counsel. However, Plaintiff advised that his housing area has been on lockdown and he has not been able to access legal mail for several days.

Counsel for Plaintiff has asked Counsel for Defendants for help in making sure Plaintiff has access to legal mail. Plaintiff expects to receive the release this week but would request another 30 days to make sure that all the terms of the settlement are performed before the parties file their dismissal papers.

Respectfully Submitted on June 6, 2022,

<table>
<tr><td>

*/s/ Joe Belitzky*
JOE BELITZKY, ESQ.
Florida Bar No. 0217301
Joe.Belitzky@myfloridalegal.com
Office of the Attorney General
The Capitol, PL-01
Tallahassee, FL 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872

Attorney for all Defendants

</td><td>

*/s/ James V. Cook*
JAMES V. COOK, ESQ.
Florida Bar No. 0966843
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
(850) 222-8080; 561-0836 fax
cookjv@gmail.com

*/s/ James M. Slater*
JAMES M. SLATER, ESQ.
Florida Bar No. 111779
Slater Legal PLLC
113 S. Monroe Street
Tallahassee, FL 32302
james@slater.legal
Tel: (305) 523-9023

Attorneys for Plaintiff

</td></tr>
</table>